

**INTERNATIONAL CHEMICAL WORKERS UNION COUNCIL**
1655 West Market St., Akron, OH 44313   /   330-926-1444   /   Fax: 330-926-0816

FRANK CYPHERS, PRESIDENT
NEAL DILLARD, SECRETARY-TREASURER

Visit our Web Site
www.icwuc.org

August 14, 2014

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    re:   <u>Pfizer Inc. v. ICWUC/UFCW Local 95C and Local 143C</u>, Case 14-1240-CV

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2, the Appellee Unions, Locals 95C and 143C, request a filing due date for their combined brief of appellees of on or before October 3, 2014.

Very truly yours,

*Randall Vehar*
Randall Vehar
ICWUC/UFCW Assistant General Counsel/
   Counsel for Locals 95C and 143C

I certify that on August 14, 2014, a copy of this letter has been filed via the CM/ECF system, which will cause electronic service of the same to be issued on this same date to: Michael R. Cooper, Esq., Collin O'Connor Udell, and Daniel D. Schudroff, Esq., 666 Third Avenue, 29th Floor, New York, New York 10017.

*Randall Vehar*
Randall Vehar

RV/tp
cc:   Nick Clark
      Frank Cyphers
      Neal Dillard
      Gerry Setley
      Ross McComb, Local 95C President
      Jim DeStefano, Local 143C President
      Pat McConnell, Esq.